BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>DEFENDANTS LISTED ON APPENDIX A,<br><br>          Defendants. | Adv. Pro. Nos. listed on Appendix A |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

       I, **Oleg Bitman**, being duly sworn, depose and say:  I am more than eighteen years old and not a party

to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On April 8, 2014, I served the:

- **Notice of Amended Appendices to Trustee's Memorandum of Law in Opposition to Defendants' Motions to Dismiss**

by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**    *See Attached Schedule A*

*/s/Oleg Bitman*
OLEG BITMAN

Sworn to before me this
9th day of April, 2014

*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

## SCHEDULE A

Lexus Worldwide Limited
Greenwich, CT 06831


Onesco International Ltd
Carbondale, CO 81623
and
British Virgin Islands


Impact Designs Limited
Kowloon, Hong Kong
China


Elizabeth Woessner
Denver, Colorado 80218


Howard Klee
Boca Raton, FL 33434


Bradermak Equities Corp.
Roslyn, NY 11576
and
GARDEN CITY PARK, NY 11040


Zin Investments Limited
NEW YORK, NY 10036


Ernest Edward Badway
Fox Rothschild LLP
Email: EBadway@foxrothschild.com
Attorney for: Wiener Family Limited Partnership, Wiener Family Holding Corporation, Marvin M. Wiener,
Sondra M. Wiener, and Marvin M. Wiener


Chester Salomon
Alec P. Ostrow
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Email: aostrow@beckerglynn.com
Attorney for: David Washburn, CARL GLICK, Stanley S. Weithorn, individually, in his capacity as General
Manager/Partner of Weithorn/Casper Associates for Selected Holdings, LLC, as trustee of the Article Sixth
Trust, Stanley S. Weithorn Revocable Trust, Howard B. Weithorn Trust, Lara L. Weithorn Trust, Weithorn
Family Charitable Remainder Unitrust, MLM Charitable Remainder Unitrust, Stanley/Lois Charitable
Remainder Unitrust, and director of Weithorn and Ehrmann Families Foundation, Weithron/Casper
Associates for Selected Holdings LLC, Muriel Casper Weithorn, Corey Casper, Howard B. Weithorn,
Monroe Klein, Stanley S. Weithorn Revocable Trust, Howard B. Weithorn Trust, Weithorn Grandchildren
Charitable Lead Unitrust, Weithorn Family Charitable Lead Annuity Trust, Weithorn Family Charitable
Remainder Unitrust, MLM Charitable Remainder Unitrust, Article Sixth Trust, Michael J. Weithorn, in his
capacity as co-trustee of the Weithorn Grandchildren Charitable Lead Unitrust, and the Weithorn Family

Charitable Lead Annuity Trust, William J. Rouhana, Jr., in his capacity as co-trustee of the Weithorn Grandchildren Charitable Lead Unitrust and the Weithorn Family Charitable Lead Annuity Trust, Weithorn and Ehrmann Families Foundation, Stanley/Lois Charitable Remainder Unitrust, Lara L. Weithorn Trust, Prospect Capital Partners, Prospect Hill Foundation, and The Sperry Fund

Brian J. Neville
Lax & Neville, LLP
Email: bneville@laxneville.com
Attorney for: Frieda Bloom, John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin Geoffrey Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian Wernick Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity as General partner of the Wallenstein/ NY Partnership, Madeline Gins Arakawa, individually and in her capacity as Executrix of the Estate of Shusaku Arakawa, Estate of Shusaku Arakawa, Abbit Family Trust, Linda Anne Abbit, Jeffrey Brian Abbit, Ruth Kahn, BONNIE J. KANSLER, Frances J. Le Vine Revocable Trust, Frances J. Le Vine, Peng Yan, ARMAND LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce Leventhal

Gabrielle J. Pretto
Lax & Neville, LLP
Email: gpretto@laxneville.com
Attorney for: John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin Geoffrey Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian Wernick Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity as General partner of the Wallenstein/ NY Partnership, Madeline Gins Arakawa, individually and in her capacity as Executrix of the Estate of Shusaku Arakawa, Estate of Shusaku Arakawa, Abbit Family Trust, Linda Anne Abbit, Jeffrey Brian Abbit, Ruth Kahn, Stephen B. Kaye, Sandra Phillips Kaye, BONNIE J. KANSLER, Fairfield Pagma Associates LP, Seymour Kleinman, Marjorie Kleinman, Fairfox LLC, Seyfair LLC, Frances J. Le Vine Revocable Trust, Frances J. Le Vine, Peng Yan, ARMAND LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce Leventhal

Barry R. Lax.
Lax & Neville, LLP
Email: blax@laxneville.com
Attorney for: John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin Geoffrey Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian Wernick Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity as General partner of the Wallenstein/ NY Partnership, Madeline Gins Arakawa, individually and in her capacity as Executrix of the Estate of Shusaku Arakawa, Estate of Shusaku Arakawa, Abbit Family Trust, Linda Anne Abbit, Jeffrey Brian Abbit, Ruth Kahn, Lanny Rose Revocable Trust, Lanny Rose, as trustor, as trustee and as an individual, BONNIE J. KANSLER, Frances J. Le Vine Revocable Trust, Frances J. Le Vine, ARMAND LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce Leventhal

Jennifer L. Young
Milberg LLP
Email: jyoung@milberg.com
Attorney for: P. CHARLES GABRIELE, Trust U/W/O Harriet Myers, DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity, ESTATE OF IRA S ROSENBERG, Norton A. Eisenberg, William M. Woessner Family Trust, Sheila A Woessner Family Trust, William M. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, Sheila A. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, Laurence E. Leif, Aspen Fine Arts Co., Melvin W. Knyper, Steven V Marcus Separate

Property of the Marcus Family Trust, Steven V. Marcus, individually and in his capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family Trust, General Partner of the Marcus Family Limited Partnership and Guardian of O.M., K.M. and H.M, The Marcus Family Limited Partnership, Denise C. Marcus, in her capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family Trust, Ruth E. Goldstein, Gerald Blumenthal, Potamkin Family Foundation, Inc., Harold A. Thau, John Denver Concerts, Inc. Pension Plan Trust, Harold A. Thau, in his capacity as Trustee for the John Denver Concerts, Inc. Pension Plan Trust, Richard Roth, and Stephen R. Goldenberg

Matthew A. Kupillas
Milberg LLP
Email: mkupillas@milberg.com
Attorney for: P. CHARLES GABRIELE, Trust U/W/O Harriet Myers, Kathleen Albert as personal representative of the Estate of Gary Albert, Steven Braun as personal representative of the Estate of Gary Albert, Norton A. Eisenberg, Laurence E. Leif, Aspen Fine Arts Co., Melvin W. Knyper, Ruth E. Goldstein, Potamkin Family Foundation, Inc., Harold A. Thau, John Denver Concerts, Inc. Pension Plan Trust, and Harold A. Thau, in his capacity as Trustee for the John Denver Concerts, Inc. Pension Plan Trust

Richard Levy, Jr.
Pryor Cashman LLP
Email: rlevy@pryorcashman.com
Attorney for: Boslow Family Limited Partnership, Iris Boslow Revocable Living Trust, Alvin S. Boslow, Iris C. Boslow, Mindy Boslow, Judy Boslow, Lisa Boslow Dorman, Robert Pergament, Lois Pergament, Bruce D. Pergament Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament, Pergament & Pergament Realty, MURRAY PERGAMENT 1999 TRUST FBO BRUCE PERGAMENT, LINDA HOROWITZ SPOUSAL TRUST FBO RICHARD HOROWITZ, f/k/a MURRAY PERGAMENT 1999 TRUST FBO LINDA HOROWITZ, Richard Horowitz, Eric B. Woldenberg Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, The Murray & Irene Pergament Foundation, Inc., The Horowitz & Libshutz Family Foundation, Inc., f/k/a Linda & Richard Horowitz Foundation, Inc., The Randi Pergament & Bruce Pergament Foundation, Inc., OAKDALE FOUNDATION INC, BERNARD A. & CHRIS MARDEN FOUNDATION INC, THE PATRICE AND KEVIN AULD FOUNDATION, THE MARDEN FAMILY FOUNDATION, INC., Kara Fishbein Goldman, Steven Goldman, Robert Fried, Joanne Fried, JAMES P. MARDEN, IRIS ZURAWIN MARDEN, PATRICE M. AULD, Olivia G. Auld, CHARLOTTE M. MARDEN, The Charlotte M. Marden Irrevocable Insurance Trust, Neal J. Nissel, as trustee, James P. Marden, Patrice M. Auld, Alexandria K. Marden, Gabrielle Z. Marden, Meghan M. Auld, Elizabeth C. Auld, MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, B&C MARDEN LLC, a Delaware limited liability company, BERNARD A. MARDEN REVOCABLE TRUST, a Florida Trust, ESTATE OF BERNARD A. MARDEN, CHARLOTTE  MARDEN (aka CHRIS MARDEN), as trustee and as an individual, PATRICE M. AULD, as trustee, as personal representative, and as an individual, JAMES P. MARDEN, as trustee, as personal representative, and as an individual, Avram Goldberg, individually and in his capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, AvCar Group, Ltd., Sidney R. Rabb Trust FBO Carol R. Goldberg, and M Gordon Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special Account

Carole Neville
Dentons US LLP

Email: carole.neville@dentons.com
Attorney for: BARRY WEISFELD, Lapin Children LLC, Harold J. Hein, Barbara J. Berdon, ALVIN
GINDEL REVOCABLE TRUST AGREEMENT, Alvin Gindel, in his capacity as trustee of the Alvin Gindel
Revocable Trust and individually as settlor and beneficiary thereof, James Greiff, Stanley T. Miller, Rose
Gindel Trust, Rose Gindel, Individually and in her capacity as trustee of the Rose Gindel Trust, Michael
Gindel, Individually and in his capacity as trustee of the Rose Gindel Trust, Brent Gindel, in his capacity as
Trustee of the Rose Gindel Trust, Alvin Gindel, in his capacity as Trustee of the Rose Gindel Trust,
AMERICA ISRAEL CULTURAL FOUNDATION INC, David R. Markin, individually and as trustee of the
David R. Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2,
SouthPac Trust International, Inc., as trustee of the David R. Markin 2003 Trust, David R. Markin Charitable
Remainder Unitrust #1, David R. Markin Charitable Remainder Unitrust #2, David R. Markin 2003 Trust,
EUGENE J. RIBAKOFF 2006 TRUST, STEPHANIE RIBAKOFF, as Trustee of the Eugene J. Ribakoff
2006 Trust, as Personal Representative of the Estate of Eugene J. Ribakoff, and individually, ESTATE OF
EUGENE J. RIBAKOFF, Sidney Cole, Neil Reger, individually and in his capacity as sole trustee of the Neil
Reger Profit Sharing Keogh, Neil Reger Profit Sharing Keogh, The Frederica Ripley French Revocable Trust,
Frederica R. French, and Seth B. French

Eric B. Fisher
Dickstein Shapiro LLP
Email: fishere@dicksteinshapiro.com
Attorney for: Illan Kelson, Triangle Diversified Investments, and Triangle Diversified Investments LLC

Jed Horwitt
Zeisler & Zeisler, P.C.
Email: jhorwitt@zeislaw.com
Attorney for: Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block, and Mark E. Block, in his
capacity as Personal Representative and Beneficiary of the Estate of Eleanor Myers, and as Trustee of the
Trust U/W/O Harriet Myers

Jenny Lynn Fountain
Stephen T. O'Neill
Robert A. Franklin
MURRAY & MURRAY PC
Email: jfountain@murraylaw.com
Email: soneill@murraylaw.com
Email: rfranklin@murraylaw.com
Attorney for: Gerald J. Block, individually and as Beneficiary of the Estate of Eleanor Myers

Brian J. Zimmet
Olga Batsedis
Zimmet Bieber LLP
Email: bzimmet@zblaw.com
Email: obatsedis@zblaw.com
Attorney for: Melissa Myers, as Beneficiary of the Trust U/W/O Harriet Myers, and Jason Myers, as
Beneficiary of the Trust U/W/O Harriet Myers

Joshua H. Vinik
Milberg LLP
Email: jvinik@milberg.com
Attorney for: DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity, ESTATE OF IRA S
ROSENBERG, William M. Woessner Family Trust, Sheila A Woessner Family Trust, William M. Woessner,

individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family
Trust, Sheila A. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the
Sheila A. Woessner Family Trust, Richard Roth, and Stephen R. Goldenberg

Joshua E. Keller
Milberg LLP
Email: jkeller@milberg.com
Attorney for: DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity, ESTATE OF IRA S
ROSENBERG, William M. Woessner Family Trust, Sheila A Woessner Family Trust, William M. Woessner,
individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family
Trust, Sheila A. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the
Sheila A. Woessner Family Trust, Steven V Marcus Separate Property of the Marcus Family Trust, Steven V.
Marcus, individually and in his capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus
Family Trust, General Partner of the Marcus Family Limited Partnership and Guardian of O.M., K.M. and
H.M, The Marcus Family Limited Partnership, Denise C. Marcus, in her capacity as Trustee of the Steven V.
Marcus Separate Property of the Marcus Family Trust, Ruth E. Goldstein, Richard Roth, and Stephen R.
Goldenberg

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney for: Edith A. Schur

Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney for: Edith A. Schur, Richard E. Feldman, Pauline B. Feldman, William Diamond, Jeffrey R. Werner
11/1/98 Trust, Jeffrey R. Werner, Violet M. Werner, in her capacity as Trustee for the Jeffrey R. Werner
11/1/98 Trust, Ken-Wen Family Limited Partnership, Kenneth W. Brown, in his capacity as a General
Partner of the Ken Wen Family Limited Partnership, Wendy Brown, Cheryl Yankowitz, Jack Yankowitz,
Harvey L. Werner Revocable Trust u/a/d 8/31/82 As Amended, Violet M. Werner, individually and in her
capacity as Co-Trustee of the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended, Jeffrey R.
Werner, in his capacity as Co-Trustee for the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended,
Wendy Werner Brown, in her capacity as Co-Trustee for The Harvey L. Werner Revocable Trust u/a/d
8/31/82, as amended, Estate of Carolyn Miller,, Laurie Riemer, individually and in her capacities as Personl
Representative of The Estate of Carolyn Miller and trustee of the Carolyn Rosen Miller Revocable Trust,
Leonard Miller, individually and in his capacities as Personal Representative of the Estate of Carolyn Miller
and trustee of the Carolyn Rosen Miller Revocable Trust, The Carolyn Rosen Miller Revocable Trust, Robert
E. May, in his Capcity as Co-Trustee of the Trust under Deed of Suzanne R. May dated November 23, 1994,
and Individually, and as Beneficiary of the Estate of Suzanne R. May, Trust Under Deed of Suzanne R. May
Dated 11/23/1994, Estate of Suzanne R. May as Successor of Suzanne R. May in her Capacity as Creator and
Trustee of Trust under Deed of Suzanne R. May dated 11/23/94, Cheryl M. Coleman, Individually as
Beneficiary of Estate of Suzanne R. May, Richard A. May, Individually as Beneficiary of Estate of Suzanne
R. May, Jeffrey A. May, in his Capcity as Co-Trustee of the Trust under Deed of Suzanne R. May dated
November 23, 1994, and Individually, and as Beneficiary of the Estate of Suzanne R. May, Frederic Z.
Konigsberg, Susan M. Konigsberg, Bradermak, Ltd., and Lee Rautenberg

Stephen A. Weiss
Seeger Weiss LLP
Email: sweiss@seegerweiss.com

Attorney for: Kathleen Albert as personal representative of the Estate of Gary Albert, Steven Braun as personal representative of the Estate of Gary Albert, Jonathan Sobin, Lewis R. Franck, individually and in his capacity as Trustee for the Florence Law Irrevocable Trust dtd 1/24/05, and Florence Law Irrevocable Trust DTD 1/24/05

H. Barry Vasios
Barbara Parlin
Holland & Knight
Email: barry.vasios@hklaw.com
Email: barbara.parlin@hklaw.com
Attorney for: Pergament Equities LLC

Patrick Sibley
David C. Rose
Pryor Cashman LLP
Email: psibley@pryorcashman.com
Email: drose@pryorcashman.com
Attorney for: Robert Pergament, Lois Pergament, Bruce D. Pergament Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament, Pergament & Pergament Realty, MURRAY PERGAMENT 1999 TRUST FBO BRUCE PERGAMENT, LINDA HOROWITZ SPOUSAL TRUST FBO RICHARD HOROWITZ, f/k/a MURRAY PERGAMENT 1999 TRUST FBO LINDA HOROWITZ, Richard Horowitz, Eric B. Woldenberg Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, The Murray & Irene Pergament Foundation, Inc., The Horowitz & Libshutz Family Foundation, Inc., f/k/a Linda & Richard Horowitz Foundation, Inc., The Randi Pergament & Bruce Pergament Foundation, Inc., OAKDALE FOUNDATION INC, BERNARD A. & CHRIS MARDEN FOUNDATION INC, THE PATRICE AND KEVIN AULD FOUNDATION, THE MARDEN FAMILY FOUNDATION, INC., Kara Fishbein Goldman, Steven Goldman, Robert Fried, Joanne Fried, JAMES P. MARDEN, IRIS ZURAWIN MARDEN, PATRICE M. AULD, Olivia G. Auld, CHARLOTTE M. MARDEN, The Charlotte M. Marden Irrevocable Insurance Trust, Neal J. Nissel, as trustee, James P. Marden, Patrice M. Auld, Alexandria K. Marden, Gabrielle Z. Marden, Meghan M. Auld, Elizabeth C. Auld, MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, B&C MARDEN LLC, a Delaware limited liability company, BERNARD A. MARDEN REVOCABLE TRUST, a Florida Trust, ESTATE OF BERNARD A. MARDEN, CHARLOTTE  MARDEN (aka CHRIS MARDEN), as trustee and as an individual, PATRICE M. AULD, as trustee, as personal representative, and as an individual, JAMES P. MARDEN, as trustee, as personal representative, and as an individual, Avram Goldberg, individually and in his capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, AvCar Group, Ltd., Sidney R. Rabb Trust FBO Carol R. Goldberg, and M Gordon Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special Account

Vincent D'Andrea
D?ANDREA & GOLDSTEIN
Email: vdandrea@dtad.net
Attorney for: Corey Platzner, Linda Platzner, and The Platzner Organization, LLC

Alan E. Marder
Jessica G. Berman

Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Email: jberman@msek.com
Attorney for: STEVEN J LIFTON

Howard Kleinhendler
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Attorney for: O.D.D. Investments, L.P., D.D.O. Inc., Daniel N. Silna, Ozzie Silna, Donald Schupak, The
Robin Silna 1997 Trust, The Jeffrey Silna 1997 Trust, The Silna Family Inter Vivos Trust, Sophie Silna,
Spencer Silna, Samantha Silna, Robin Silna, Jeffrey Silna, Daniel Silna, individually and in his capacity as
general partner of White Lakes Associates, White Lake Associates, Joan Silna, as partner of White Lake
Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, Ezra Shafron Trust, as partner of
White Lake Associates, Noah Shafron Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner
of White Lake Associates, Coby Zur Trust, as partner of White Lake Associates, Kayla Zur Trust, as partner
of White Lake Associates, Logan Zur Trust, as partner of White Lake Associates, Ozzie Silna, Sophie Silna,
Spencer Silna, Samantha Silna, Silna Family Intervivos Trust, Ted Goldberg, Lori Goldberg, Lori Chemla,
Alexandre Chemla, Shetland Fund Limited Partnership, U/W/O Louis Zaiger Residue Trust, in its capacity as
a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin, in her capacity as a Limited
Partner of Shetland Fund Limited Partnership, Nancy J. Lappin, in her capacity as a Limited Partner of
Shetland Fund Limited Partnership, Peter J. Lappin, in his capacity as a Limited Partner of Shetland Fund
Limited Partnership, Barton Realty Trust, in its capacity as a Limited Partner of Shetland Fund Limited
Partnership, Shetland Associates Limited Partnership, in its capacity as a Limited Partner of Shetland Fund
Limited Partnership, Lappin Grandchildren's Trust, in its capacity as a Limited Partner of Shetland Fund
Limited Partnership, Shetland Investments Limited Partnership, in its capacity as a Limited Partner of
Shetland Fund Limited Partnership, Lappin Family Limited Partnership, Lappin Family Limited Partnership,
it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust
FBO Nancy Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I.
Lappin 1972 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited
Partnership, Robert I. Lappin 1972 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of
Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Peter Lappin, in its
capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976
Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership,
Marion L. Lappin Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Andrew
Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's
Trust FBO Danielle F. Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership,
Robert I. Lappin, in his capacity as General Partner of the Shetland Fund Limited Partnership, Shetland
Properties, Inc., it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin
Irrevocable 1976 Family Trust FBO Nancy Lappin, it its capacity as a Limited Partner of Shetland Fund
Limited Partnership, Steven Schiff, Schiff Family Holdings Nevada Limited Partnership, Schiff Family
Holdings, Nevada, Inc., in its capacity as General Partner of Schiff Family Holdings Nevada Limited
Partnership, Franklin Sands, and Helene Juliette Feffer

Sara Spiegelman
Wachtel Missry LLP
Email: sspiegelman@wmllp.com
Attorney for: O.D.D. Investments, L.P., D.D.O. Inc., Daniel N. Silna, Ozzie Silna, Donald Schupak, The
Robin Silna 1997 Trust, The Jeffrey Silna 1997 Trust, The Silna Family Inter Vivos Trust, Sophie Silna,
Spencer Silna, Samantha Silna, Robin Silna, Jeffrey Silna, Daniel Silna, individually and in his capacity as
general partner of White Lakes Associates, White Lake Associates, Joan Silna, as partner of White Lake
Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, Ezra Shafron Trust, as partner of

White Lake Associates, Noah Shafron Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner of White Lake Associates, Coby Zur Trust, as partner of White Lake Associates, Kayla Zur Trust, as partner of White Lake Associates, Logan Zur Trust, as partner of White Lake Associates, Ted Goldberg, Lori Goldberg, Lori Chemla, Alexandre Chemla, Shetland Fund Limited Partnership, U/W/O Louis Zaiger Residue Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Nancy J. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Peter J. Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Barton Realty Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Associates Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Investments Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Family Limited Partnership, Lappin Family Limited Partnership, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Nancy Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Andrew Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust FBO Danielle F. Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin, in his capacity as General Partner of the Shetland Fund Limited Partnership, Shetland Properties, Inc., it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Nancy Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Steven Schiff, Schiff Family Holdings Nevada Limited Partnership, Schiff Family Holdings, Nevada, Inc., in its capacity as General Partner of Schiff Family Holdings Nevada Limited Partnership, Franklin Sands, and Helene Juliette Feffer

Jonathan K. Cooperman
Jessica L. Klarfeld
Kelley Drye & Warren LLP
Email: Jcooperman@KelleyDrye.com
Email: jklarfeld@kelleydrye.com
Attorney for: Laurence Apfelbaum, individually and in her capacities as executor and beneficiary of the Estate of (Succession) of Doris Igoin, Emilie Apfelbaum, and Estate (Succession) of Doris Igoin

Jonathan S. Pasternak
DelBello Donnellan Weingarten Wise & Wiederkehr LLP
Email: jsp@ddw-law.com
Attorney for: STEFANELLI INVESTORS GROUP, ANTHONY E. STEFANELLI, JR., as general partner of Stefanelli Investors Group and individually, ANTHONY STEFANELLI, III, ALEXANDRA ANN STEFANELLI, MATTHEW BERNARD STEFANELLI, MARY ANN STEFANELLI, as general partner of Stefanelli Investors Group and individually, MARK STEFANELLI, as general partner of Stefanelli Investors Group and individually, ALYSSA STEFANELLI, as general partner of Stefanelli Investors Group and individually, ROBERT STEFANELLI, as general partner of Stefanelli Investors Group and individually, BARBARA ANN STEFANELLI, as general partner of Stefanelli Investors Group and individually, LISA M. STEFANELLI, as general partner of Stefanelli Investors Group and individually, PATRICIA MORETTA, as general partner of Stefanelli Investors Group and individually, NICHOLAS MORETTA, JR, as general partner of Stefanelli Investors Group and individually, CHRISTOPHER MORETTA, as general partner of

Stefanelli Investors Group and individually, Anton Leroy, as general partner of Stefanelli Investors Group and individually, and Anthony E. Stefanelli, as general partner of Stefanelli Investors Group and individually

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Attorney for: Nancy J. Marks Trust 2002, Sidney Marks in his capacity as successor Trustee for the Nancy J. Marks Trust 2002, Robert A. Marks, Susan M. Lazarus, Lawrence D. Marks, Estate of Nancy J. Marks, Sidney Marks in his capacity as Personal Representative for the Estate of Nancy J. Marks, Sidney Marks Trust 2002, and Sidney Marks

Herbert Beigel
Law Offices of Herbert Beigel
Email: hbeigel@gmail.com
Attorney for: M. Elliot Schnall

Bruce S. Schaeffer
BRUCE S. SCHAEFFER
Email: Bruce.Schaeffer@gmail.com; Bschaef123@aol.com
Attorney for: Irving J. Pinto 1996 Grantor Retained Annuity Trust, Sidney Kaplan in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust, and Irving J. Pinto 1994 Grantor Retained Annuity Trust

Marvin C. Ingber
Marvin C. Ingber
Email: mcingber@comcast.net
Attorney for: Jamie Pinto, in his capacity as Personal Representative of the Estate of Irving J. Pinto, Estate of Irving J. Pinto, James B. Pinto Revocable Trust U/A DTD 12/1/03, and James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust

Robert M. McClay
McClay Alton, P.L.L.P
Email: bob@mcclay-alton.com;law@mcclay-alton.com;jane@mcclay-alton.com
Attorney for: Jamie Pinto, in his capacity as Personal Representative of the Estate of Irving J. Pinto, Estate of Irving J. Pinto, James B. Pinto Revocable Trust U/A DTD 12/1/03, James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust, Amy Pinto Lome Revocable Trust U/A/D 5/22/03, Amy Pinto Lome, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03, and Leonard D. Lome, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03

Hanh Huyhn
Howard R. Elisofon
Herrick, Feinstein, LLP
Email: hhuynh@herrick.com
Email: helisofon@herrick.com
Attorney for: Douglas D. Johnson

Parvin K. Aminolroaya
Christopher M. Van de Kieft
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com

Email: cvandekieft@seegerweiss.com
Attorney for: Jonathan Sobin, Lewis R. Franck, individually and in his capacity as Trustee for the Florence Law Irrevocable Trust dtd 1/24/05, and Florence Law Irrevocable Trust DTD 1/24/05

Anthony L. Paccione
Brian A. Schmidt
Mark T. Ciani
Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Email: brian.schmidt@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Attorney for: RBC Centura Bank

Matthew Gluck, Esq.
Milberg LLP
Email: mgluck@milberg.com
Attorney for: Ruth E. Goldstein

Kenneth C. Murphy
Simon & Partners LLP
Email: KCMurphy@Simonlawyers.com
Attorney for: Diane Wilson

Joshua Fowkes
James H. Hulme
Arent Fox LLP
Email: fowkes.joshua@arentfox.com
Email: hulme.james@arentfox.com
Attorney for: ELEVEN EIGHTEEN LIMITED PARTNERSHIP, BERNARD S. GEWIRZ, CARL S. GEWIRZ, EDWARD H. KAPLAN, JEROME A. KAPLAN, ALBERT H. SMALL, EDWARD H. KAPLAN, MARJET LLC, IRENE R. KAPLAN, 1776 K Street Associates Limited Partnership, Bernard S. Gewirz, Edward H. Kaplan, Estate of Robert H. Smith, Clarice R. Smith, as personal representative, as trustee, and as an individual, Robert P. Kogod, as personal representative, Robert H. Smith Revocable Trust, Eleventh Amendment and Restatement, and Successor Trusts, Sherri L. Waddell, individually, Richard N. Greenberg, individually, Aleco J. Greenberg, individually, Robert L. Powell, individually, Vicki Shannon, individually, Delores Ross, individually, Theus Griggs, individually, William Powell, individually, C. Richard Beyda, in his capacity as personal representative of the Estate of Hermen Greenberg, John Schofield, in his capacity as personal representative of the Estate of Hermen Greenberg, Lee G. Kirstein, in his capacity as personal representative of the Estate of Hermen Greenberg, M.G., a minor, individually, C.W., a minor, individually, M.W., a minor, individually, Estate of Hermen Greenberg, Monica Greenberg, Qualified Terminable Interest Property Trust for the Benefit of Monica Greenberg, as established under the Last Will and Testament of Hermen Greenberg, Trust for the Benefit of M.G., as established under the Last Will and Testament of Hermen Greenberg, Trust for the Benefit of M.W., as established under the Last Will and Testament of Hermen Greenberg, and Trust for the Benefit of C.W., as established under the Last Will and Testament of Hermen Greenberg

Thomas D. Goldberg
Margarita Y. Ginzburg
Day Pitney LLP
Email: tgoldberg@daypitney.com
Email: mginzburg@daypitney.com

Attorney for: Edmond A. Gorek, M.D., as an individual and as a joint tenant, Marguerite M. Gorek, as an individual and as a joint tenant, and Edmond A. Gorek, MD

Marc G. Rosenberg
Lee S Shalov
McLaughlin & Stern, LLP
Email: mrosenberg@mclaughlinstern.com
Email: lshalov@mclaughlinstern.com
Attorney for: Howard Kaye

Lauren Hannon
Stacey L. Meisel
Michael Holzapfel
Becker Meisel LLC
Email: lhannon@beckermeisel.com
Email: slmeisel@beckermeisel.com
Email: meholzapfel@beckermeisel.com
Attorney for: KATZ GROUP LIMITED PARTNERSHIP, A WYOMING LIMITED PARTNERSHIP, KFI INC., A WYOMING CORPORATION, Aron B. Katz Charitable Remainder Unitrust, Martin J. Katz Charitable Remainder Unitrust, Margaret E. Cann Charitable Remainder Unitrust, Aron B. Katz 1995 Irrevocable Trust, Martin J. Katz, as trustee, and as an individual, Margaret Katz Cann, as trustee, and as an individual, and Aron B. Katz, as trustee, and as an individual

Joseph F. Keenan
McCanliss & Early, LLP
Email: jkeenan@mccanliss.com
Attorney for: Deidre A. Sweeney, and Estate of Armand L. Greenhall

Jonathan Evan Goldberg
Dentons US LLP
Email: jonathan.goldberg@dentons.com
Attorney for: AMERICA ISRAEL CULTURAL FOUNDATION INC

Robert M. Hirsh
Arent Fox LLP
Email: robert.hirsh@arentfox.com
Attorney for: Sherri L. Waddell, individually, Richard N. Greenberg, individually, Aleco J. Greenberg, individually, Robert L. Powell, individually, Vicki Shannon, individually, Delores Ross, individually, Theus Griggs, individually, William Powell, individually, C. Richard Beyda, in his capacity as personal representative of the Estate of Hermen Greenberg, John Schofield, in his capacity as personal representative of the Estate of Hermen Greenberg, Lee G. Kirstein, in his capacity as personal representative of the Estate of Hermen Greenberg, M.G., a minor, individually, C.W., a minor, individually, M.W., a minor, individually, Estate of Hermen Greenberg, Monica Greenberg, Qualified Terminable Interest Property Trust for the Benefit of Monica Greenberg, as established under the Last Will and Testament of Hermen Greenberg, Trust for the Benefit of M.G., as established under the Last Will and Testament of Hermen Greenberg, Trust for the Benefit of M.W., as established under the Last Will and Testament of Hermen Greenberg, and Trust for the Benefit of C.W., as established under the Last Will and Testament of Hermen Greenberg

Andrew J. Goodman
Garvey Schubert Barer
Email: agoodman@gsblaw.com

Attorney for: L. H. Rich Companies, N. R. Investment Associates, and M. R. Investment Associates

John E. Lawlor
John E. Lawlor
Email: JLaw672@aol.com
Attorney for: Jan Stahl, Geri Stahl, H. Peter Steil, APO Health Inc. PSP f/b/o H. Peter Steil, APO Health, Inc.
PSP f/b/o Jan Stahl, Buyer's Alternatives, Inc. PSP f/b/o Jan Stahl, and PJS Trading, Inc. PSP f/b/o Jan Stahl

Joshua S. Androphy
Thomas J. Fleming
Olshan Frome Wolosky LLP
Email: JAndrophy@olshanlaw.com
Email: tfleming@olshanlaw.com
Attorney for: Marvin L. Olshan

Stefanie Birbrower Greer
Dickstein Shapiro LLP
Email: greers@dicksteinshapiro.com
Attorney for: Triangle Diversified Investments, and Triangle Diversified Investments LLC

## APPENDIX A

|  | Adv. Pro. No. | Case Caption |
|---|---|---|
| 1. | 10-05401 | Picard v. Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block, et al. |
| 2. | 10-05255 | Picard v. Stefanelli Investors Group, et al. |
| 3. | 10-04797 | Picard v. Edmond A. Gorek, et al |
| 4. | 10-04623 | Picard v. Edmond A. Gorek |
| 5. | 10-04349 | Picard v. Pauline B. Feldman |
| 6. | 10-04394 | Picard v. Frederic Z. Konigsberg, et al. |
| 7. | 10-04396 | Picard v. Edith A. Schur |
| 8. | 10-04408 | Picard v. Cheryl Yankowitz, et al. |
| 9. | 10-04468 | Picard v. Ken-Wen Family Limited Partnership, et al. |
| 10. | 10-04560 | Picard v. Richard E. Feldman |
| 11. | 10-04561 | Picard v. Jeffrey R. Werner 11/1/98 Trust, et al. |
| 12. | 10-04717 | Picard v. William Diamond |

|  | Adv. Pro. No. | Case Caption |
|---|---|---|
| 13. | 10-05094 | Picard v. The Estate of Carolyn Miller, et al |
| 14. | 10-05231 | Picard v. Trust under Deed of Suzanne R. May, et al |
| 15. | 10-04361 | Picard v. Harvey L. Werner Revocable Trust, et al. |
| 16. | 10-04772 | Picard v. M. Elliot Schnall |
| 17. | 10-04655 | Picard v. Jaffe Family Partnership, et al. |
| 18. | 10-04756 | Picard v. Stephen B. Kaye, et al. |
| 19. | 10-04900 | Picard v. Bonnie J. Kansler |
| 20. | 10-04881 | Picard v. Jillian Wernick Livingston |
| 21. | 10-04481 | Picard v. Armand Lindenbaum |
| 22. | 10-04467 | Picard v. David S. Wallenstein |
| 23. | 10-04307 | Picard v. Howard Solomon |
| 24. | 10-04988 | Picard v. Wallenstein / NY Partnership, et al. |
| 25. | 10-04827 | Picard v. Madeline Gins Arakawa, et al. |
| 26. | 10-04289 | Picard v. John Fujiwara, et al |
| 27. | 10-04301 | Picard v. Frieda Bloom |
| 28. | 10-04304 | Picard v. Elinor Solomon |
| 29. | 10-04647 | Picard v. Abbit Family Trust, et al |
| 30. | 10-05169 | Picard v. Fairfield Pagma Associates, LP, et al. |
| 31. | 10-05246 | Picard v. Frances J. Le Vine Rev. Trust, et al. |

|  | Adv. Pro. No. | Case Caption |
|---|---|---|
| 32. | 10-04954 | Picard v. Ruth Kahn |
| 33. | 10-05036 | Picard v. Elinor Friedman Felcher |
| 34. | 10-05048 | Picard v. Armand L. Greenhall, et al. |
| 35. | 10-05160 | Picard v. The Lanny Rose Rev. Trust, et al |
| 36. | 10-04573 | Picard v. Bruce Leventhal 2001 Irrevocable Trust, et al. |
| 37. | 10-04966 | Picard v. Onesco International, Ltd., et al. |
| 38. | 10-05400 | Picard v. Ted Goldberg, et al. |
| 39. | 10-04726 | Picard v. Lori Chemla, et al. |
| 40. | 10-04579 | Picard v. Shetland Fund Limited Partnership, et al. |
| 41. | 10-04896 | Picard v. Helene Juliette Feffer |
| 42. | 10-05372 | Picard v. O.D.D. Investment LP, et al. |
| 43. | 10-04502 | Picard v. Steven Schiff |
| 44. | 10-04363 | Picard v. Schiff Family Holdings Nevada Limited Partnership, et al. |
| 45. | 10-04447 | Picard v. Franklin Sands |
| 46. | 10-04472 | Picard v. Daniel N. Silna, et al. |
| 47. | 10-04470 | Picard v. Silna Family Inter Vivos Trust, et al. |
| 48. | 10-04357 | Picard v. James Greiff |
| 49. | 10-04796 | Picard v. Howard Kaye |
| 50. | 10-04735 | Picard v. Kara Fishbein Goldman, et al. |

|      | Adv. Pro. No. | Case Caption |
|------|---------------|--------------|
| 51.  | 10-04944      | Picard v. Pergament Equities LLC, et al. |
| 52.  | 10-05194      | Picard v. Bruce D. Pergament, et al. |
| 53.  | 10-04906      | Picard v. Steven V Marcus Separate Property of the Marcus Family Trust, et al. |
| 54.  | 10-04861      | Picard v. Harold J. Hein |
| 55.  | 10-04921      | Picard v. Stanley T. Miller |
| 56.  | 10-04672      | Picard v. Sidney Cole |
| 57.  | 10-04415      | Picard v. Barbara J. Berdon |
| 58.  | 10-05209      | Picard v. Lapin Children LLC |
| 59.  | 10-04332      | Picard v. Barry Weisfeld |
| 60.  | 10-04401      | Picard v. Rose Gindel Trust, et al. |
| 61.  | 10-05085      | Picard v. Eugene J. Ribakoff 2006 Trust, et al. |
| 62.  | 10-05424      | Picard v. The Frederia Ripley French Rev. Trust, et al.t |
| 63.  | 10-05224      | Picard v. David R. Markin, et al. |
| 64.  | 10-04925      | Picard v. Alvin Gindel Rev. Trust, et al. |
| 65.  | 10-05384      | Picard v. Neil Reger Profit Sharing Keogh, et al. |
| 66.  | 10-05058      | Picard v. America Israel Cultural Foundation |
| 67.  | 10-04966      | Picard v. Onesco International, Ltd., et al |

| | Adv. Pro. No. | Case Caption |
|---|---|---|
| 68. | 10-04951 | Picard v. Harold A. Thau |
| 69. | 10-04946 | Picard v. Stephen R. Goldenberg |
| 70. | 10-05089 | Picard v. John Denver Concerts, Inc., et al. |
| 71. | 10-04335 | Picard v. Aspen Fine Arts Co., et al. |
| 72. | 10-04978 | Picard v. Estate of Ira S. Rosenberg, et al |
| 73. | 10-04725 | Picard v. Ruth E. Goldstein |
| 74. | 10-04601 | Picard v. Laurence E. Leif |
| 75. | 10-05069 | Picard v. Potamkin Family Foundation |
| 76. | 10-04576 | Picard v. Norton A. Eisenberg |
| 77. | 10-04741 | Picard v. William M. Woessner Family Trust, et al. |
| 78. | 10-04724 | Picard v. P. Charles Gabriele |
| 79. | 10-04582 | Picard v. Gerald Blumenthal |
| 80. | 10-05136 | Picard v. Richard Roth |
| 81. | 10-04540 | Picard v. Jonathan Sobin |
| 82. | 10-05194 | Picard v. Bruce D. Pergament, et al. |
| 83. | 10-04341 | Picard v. James P. Marden, et al. |
| 84. | 10-04348 | Picard v. Marden Family Limited Partnership, et al. |
| 85. | 10-05239 | Picard v. Robert Fried, et al. |
| 86. | 10-05439 | Picard v. Avram J. Goldberg, et al. |

|  | Adv. Pro. No. | Case Caption |
|---|---|---|
| 87. | 10-05118 | Picard v. Charlotte M. Marden, et al. |
| 88. | 10-04575 | Picard v. Boslow Family Limited Partnership, et al. |
| 89. | 10-05397 | Picard v. Oakdale Foundation Inc., et al. |
| 90. | 10-04565 | Picard v. Murray & Irene Pergament Foundation, Inc., et al. |
| 91. | 10-04998 | Picard v. Estate of Hermen Greenberg, et al. |
| 92. | 10-05027 | Picard v. 1776 K Street Associates Limited Partnership, et al. |
| 93. | 10-04976 | Picard v. Eleven Eighteen Limited Partnership, et al. |
| 94. | 10-04865 | Picard v. Edward H. Kaplan, et al. |
| 95. | 10-04799 | Picard v. Marvin L. Olshan |
| 96. | 10-04774 | Picard v. Diane Wilson |
| 97. | 10-04551 | Picard v. Douglas D. Johnson |
| 98. | 10-04370 | Picard v. Sidney Marks Trust 2002, et al. |
| 99. | 10-04698 | Picard v. Nancy J. Marks Trust 2002, et al. |
| 100. | 10-04511 | Picard v. Weithorn/ Casper Associates For Selected Holdings, LLC, et al. |
| 101. | 10-04419 | Picard v. Katz Group Limited Partnership, et al. |

|  | Adv. Pro. No. | Case Caption |
|---|---|---|
| 102. | 10-04495 | Picard v. Carl Glick |
| 103. | 10-04435 | Picard v. Prospect Capital Partners, et al. |
| 104. | 10-04294 | Picard v. David T. Washburn |
| 105. | 10-04323 | Picard v. Weiner Family Limited. Partnership, et al. |
| 106. | 10-04293 | Picard v. Marvin M. Weiner |
| 107. | 10-05371 | Picard v. L.H. Rich Companies, et al. |
| 108. | 10-04759 | Picard v. Lewis R. Franck, et al. |
| 109. | 10-04744 | Picard v. Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al. |
| 110. | 10-04538 | Picard v. James B. Pinto Rev. Trust, et al |
| 111. | 10-04588 | Picard v. Amy Pinto Lome Rev. Trust, et al |
| 112. | 10-04460 | Picard v. Lexus Worldwide Limited, et al. |
| 113. | 10-04463 | Picard v. Triangle Diversified Investments, et al. |

| 114. | 10-05087 | Picard v. Steven J. Lifton |
|------|----------|----------------------------|
| 115. | 10-04336 | Picard v. The Estate of Doris Igoin, et al. |